AO 243 (Rev. 01/15)                                                                                          Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
### SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Nothern District of Ohio (Akron) |
|---|---|
| Name *(under which you were convicted)*: Brad Lewis Bradley | Docket or Case No.: 5:19-cr-00742 |
| Place of Confinement: | Prisoner No.: 67244-060 |
| UNITED STATES OF AMERICA | Movant *(include name under which convicted)* |
| v. Brad Lewis Bradley | |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   Federal Court Akron
   2 South Main Street
   Akron, Ohio 44308

   **FILED**
   OCT 19 2021
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF OHIO
   AKRON

   (b) Criminal docket or case number (if you know): 5:19-cr-00742-JRA

2. (a) Date of the judgment of conviction (if you know): August 25, 2020

   (b) Date of sentencing: December 17, 2020

3. Length of sentence: 240 months

4. Nature of crime (all counts):

   1. 841 (a)(1) and (b)(1)(B)(vi) Possession with intent to Distribute Fentanyl
   2. 924 (c)(1)(A)(i) Possession of Firearms in furtherance of Drug Trafficking Offenses

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐        (2) Guilty ☒        (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
   what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)        Jury ☐        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?        Yes ☐        No ☒

8. Did you appeal from the judgment of conviction?        Yes ☒        No ☐

AO 243 (Rev. 01/15)                                                                                              Page 3

9.   If you did appeal, answer the following:

(a)  Name of court:  United States Court of Appeals for the 6th District

(b)  Docket or case number (if you know):  20-4334

(c)  Result:  Pending

(d)  Date of result (if you know): _____

(e)  Citation to the case (if you know): _____

(f)  Grounds raised:  Incorrect Sentence Guidelines
                      Judicial Bias
                      Ineffective Counsel


(g)  Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐     No ☒

If "Yes," answer the following:

(1)  Docket or case number (if you know): _____

(2)  Result: _____

(3)  Date of result (if you know): _____

(4)  Citation to the case (if you know): _____

(5)  Grounds raised:




10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications,
     concerning this judgment of conviction in any court?
     Yes ☐     No ☒

11.  If your answer to Question 10 was "Yes," give the following information:

(a)  (1)  Name of court: _____

(2)  Docket or case number (if you know): _____

(3)  Date of filing (if you know): _____

(4)  Nature of the proceeding: _____

(5)  Grounds raised: _____

AO 243 (Rev. 01/15)                                                                                                    Page 4

    (6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

          Yes ☐      No ☐

    (7)   Result:

    (8)   Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

    (1)   Name of court: _____

    (2)   Docket of case number (if you know): _____

    (3)   Date of filing (if you know): _____

    (4)   Nature of the proceeding: _____

    (5)   Grounds raised:

    (6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

          Yes ☐      No ☐

    (7)   Result:

    (8)   Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)   First petition:      Yes ☐      No ☐

    (2)   Second petition:   Yes ☐      No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12.    For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

AO 243 (Rev. 01/15)                                                                          Page 5

**GROUND ONE:** Ineffective assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Niether attorney did a investigation into my case or Sentence ehancment the three cases used in my Sentencing memorandum was the cases I sent both lawyers Counsel was deficient to 1. recognize that Bradley was not a career offender 2. object to the application of the incorrect sentencing guidelines

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☒        No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐        No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐        No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐        No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐        No ☐

AO 243 (Rev. 01/15)                                                                                      Page 6

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know):  _____

Date of the court's decision:  _____

Result (attach a copy of the court's opinion or order, if available):


_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


_____


**GROUND TWO:**  Ineffective assistance of Counsel

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Damian A. Billak emailed my plea deal to my fiance
and she read it to me over the phone. That was
after my fiance called Damian A Billak several times
to try and get him to mail me my plea deal. He didn't
email it to her to after she contacted Aaron Howell
the prosecutor.


(b)  **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes  ☒          No  ☐



(2)  If you did not raise this issue in your direct appeal, explain why:


(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes  ☐          No  ☒

AO 243 (Rev. 01/15)                                                                                          Page 7

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):


(3)   Did you receive a hearing on your motion, petition, or application?

        Yes ☐        No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

        Yes ☐        No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐        No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):


(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
issue:




**GROUND THREE:**   Sentenced under the incorrect sentencing guidelines

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

I was not a career offender

AO 243 (Rev. 01/15)

(b) **Direct Appeal of Ground Three:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☒      No ☐

    (2)  If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐      No ☒

    (2)  If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐      No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐      No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐      No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15)                                                                                      Page 9

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


**GROUND FOUR:**  Ineffective assistance of Counsel

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

I was unable to see my attorney face to face because of Covid-19. I never had the same paperwork my tried to go over with me on the phone when Micheal T. Callahan tried to go over my plea with me I didn't have the plea infront of me he told me to agree with the judge that we went over it.

(b)  **Direct Appeal of Ground Four:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☒      No ☐

(2)  If you did not raise this issue in your direct appeal, explain why:


(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐        No ☒

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:  _____

Name and location of the court where the motion or petition was filed:  _____

Docket or case number (if you know):  _____

Date of the court's decision:  _____

Result (attach a copy of the court's opinion or order, if available):  _____

AO 243 (Rev. 01/15)                                                                                       Page 10

     (3)   Did you receive a hearing on your motion, petition, or application?

          Yes ☐       No ☐

     (4)   Did you appeal from the denial of your motion, petition, or application?

          Yes ☐       No ☐

     (5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

          Yes ☐       No ☐

     (6)   If your answer to Question (c)(4) is "Yes," state:

     Name and location of the court where the appeal was filed:

     Docket or case number (if you know): _____

     Date of the court's decision: _____

     Result (attach a copy of the court's opinion or order, if available):

     (7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

     issue:

13.    Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14.    Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☒     No ☐

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. United State's court of appeals for the 6th District Case No 20-4334

AO 243 (Rev. 01/15)                                                                                                    Page 11

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the
      you are challenging:

      (a) At the preliminary hearing:
      _Damian Billak_____

      (b) At the arraignment and plea:
      _Damian Billak & Michael Callahan_____

      (c) At the trial:

      _____

      (d) At sentencing:
      _____Michael Callahan_____

      (e) On appeal:
      _____Nathan A. Ray_____

      (f)  In any post-conviction proceeding:

      _____

      (g) On appeal from any ruling against you in a post-conviction proceeding:



16.   Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court
      and at the same time?          Yes ☐          No ☒

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are
      challenging?          Yes ☐          No ☒

      (a) If so, give name and location of court that imposed the other sentence you will serve in the future:



      (b) Give the date the other sentence was imposed: _____

      (c) Give the length of the other sentence: _____

      (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or
      sentence to be served in the future?          Yes ☐          No ☐


18.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
      why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1)   the date on which the judgment of conviction became final;

(2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)                                                                                                    Page 13

Therefore, movant asks that the Court grant the following relief:

_Ineffective assistance of counsel & correct guidelines_
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on ___10/12/21___.
                                                                                              (month, date, year)

Executed (signed) on ___10/12/21___ (date)

_Bead Bradley_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Print        Save As...        Add Attachment                    Reset

Ground Five: Ineffective assistance of counsel

Damian A. Billak told dont write the judge no more or dont send to him through the court because the prosecutor would have the edge on what he was trying to do. When he only got time extention motion accepted. He never put in for anything to help my case he only wanted me to work with the government. He also told me if I dont take the plea the judge will give me life if I go to trial.

Ground Six: Ineffective assistance of counsel

Micheal T. Callahan once he took my case he told me it was to late for him to do anything either take the plea or go to trial

Ground Seven: Ineffective assistance of counsel

My lawyer from Detroit, Michigan contacted Damian A Billak trying to get a global resolution for all my cases together. Lawyer in Michigan Randall P. Upshaw