ADAMS, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| BRAD LEWIS BRADLEY, | ) | |
| | ) | CASE NO. 5:19CR742 |
| Petitioner, | ) | 5:21CV1973 |
| | ) | |
| v. | ) | |
| | ) | Judge John R. Adams |
| UNITED STATES OF AMERICA, | ) | |
| | ) | **ORDER** |
| Respondent. | ) | |
| | ) | |

Pending before the Court is Petitioner Brad Bradley's motion to withdraw his § 2255 petition. Doc. 60. Specifically, Bradley request that his motion be withdrawn as premature as he has not yet completed his direct appeal process. The motion (Doc. 60) is GRANTED. Bradley's § 2255 motion (Doc. 55) is hereby WITHDRAWN as premature. Bradley's motion to appoint counsel for the motion (Doc. 56) is DENIED AS MOOT. Bradley's motion to appoint counsel for him to pursue a further appeal to the Supreme Court (Doc. 58) is DENIED. This matter is hereby CLOSED.

IT IS SO ORDERED.

March 14, 2022                                            /s/John R. Adams
Date                                                                          John R. Adams
                                                                                           U.S. District Judge